1  **JACK J. BOLTAX**
   **STATE BAR NO.: 105490**
2  **1202 KETTNER BLVD, SUITE 6200**
   **SAN DIEGO 92101**
3  **TELE. NO.: (619)-233-5129**
   **FAX NO.: (619)-234-9973**
4  **EMAIL: jboltaxlaw@gmail.com**

5  **ATTORNEY FOR JOSE GONZALE-PERALES**

6

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**
                        **(HON. IRMA E. GONZALEZ)**
10

11  UNITED STATES OF AMERICA,          )   **Case No. 08-CR- 1728-IEG**
                                       )
12          Plaintiff,                 )   **NOTICE OF MOTION AND**
                                       )   **MOTION FOR DISCOVERY TO**
13  vs.                                )   **REWEIGH EVIDENCE, TO**
                                       )   **PRESERVE EVIDENCE FOR**
14  JOSE GONZALE-PERALES,              )   **JOINDER AND LEAVE TO FILE**
                                       )   **FURTHER MOTIONS**
15          Defendant.                 )
                                       )   Date: 7/7/08
16                                     )   Time: 2:00 p.m.
                                       )   Dept**:** HON. IRMA E. GONZALEZ
17  _____

18

19  TO: HONORABLE IRMA E. GONZALEZ, U.S. DISTRICT COURT JUDGE,

20  SOUTHERN DISTRICT OF CALIFORNIA; U.S. ATTORNEY'S OFFICE, U.S.

21  ATTORNEY KAREN HEWITT, ASSISTANT U.S. ATTORNEY ANNE KRISTINA

22  PERRY:

23      PLEASE TAKE NOTICE THAT, the above-named defendant by his attorney, Jack J. Boltax,

24  will move the above-entitled court on July 7, 2008, at 2:00 p.m or as soon thereafter as counsel can be

25  heard, for an order directing you to make available to defendant's attorney material pursuant to Federal

26  //

27  //

28  //

1 | Rule Criminal Procedure 16, JENCKS Act, and subject to disclosure in any event
2 | without request pursuant to Brady v. Maryland (1963) 373 US 83.
3 | Date: June 23, 2008          Respectfully submitted,

/s Jack J. Boltax
JACK J. BOLTAX
Attorney for Defendant
JOSE GONZALE-PERALES

1 **JACK J. BOLTAX**
**STATE BAR NO.: 105490**
2 **1202 KETTNER BLVD, SUITE 6200**
**SAN DIEGO 92101**
3 **TELE. NO.: (619)-233-5129**
**FAX NO.: (619)-234-9973**
4 **EMAIL: jboltaxlaw@gmail.com**

5 **ATTORNEY FOR JOSE GONZALEZ-PERALES**

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. IRMA E. GONZALEZ)**

10

11 UNITED STATES OF AMERICA,   )   **Case No.  08-CR- 1728-IEG**
                              )
12          Plaintiff,        )   **MEMORANDUM OF POINTS AND**
                              )   **AUTHORITIES IN SUPPORT OF**
13 vs.                        )   **MOTION FOR DISCOVERY, TO**
                              )   **REWEIGH EVIDENCE, TO**
14 JOSE GONZALEZ-PEREZ        )   **PRESERVE EVIDENCE FOR**
                              )   **JOINDER AND LEAVE TO FILE**
15          Defendant.        )   **FURTHER MOTIONS**
                              )
16                            )   Date:  7/7/08
                              )   Time: 2:00 p.m.
17 _____    Dept**:** HON. IRMA E. GONZALEZ

18                              **I.**

19                  **STATEMENT OF ALLEGED FACTS**

20    The following statement of alleged facts is summarized from the statement of facts attached

21 to the complaint (No. 08MJ8422) in the above-entitled case:

21    On May 14, 2008 at approximately 10:20 am Jose Manuel Perez attempted to enter the

22 United States through the West Port of Entry at Calexico, California.  He was driving a 2000

23 Chrysler Sebring that he was the registered owner of.  Jose Gonzalez-Perales was a passenger in the

24 vehicle.

25    Mr. Perez and Mr. Gonzalez-Perales were questioned by CBPO J. Stensgard and gave

26 negative custom declarations.  CBPO Sensgard referred the vehicle to secondary for further

1  inspection. An inspection at secondary, by CBPO L. Garcia revealed 20 packages containing a
2  white powdery substance, hidden in a compartment behind the back seat of this vehicle. A sample
3  of this substance field tested positive for cocaine. The packages had a gross weight of 22.60
4  Kilograms (49.72 pounds).
5      Both Mr. Perez and Mr. Gonzalez-Perales were placed under arrest for importing cocaine.
6  Mr. Perez was interviewed and acknowledged he knew the vehicle contained contraband but thought
7  it was 20 Kilograms of marijuana. He admitted he was going to be paid $1,500.00 to drive the
8  vehicle to a hotel near a car wash in Calexico, California. He also stated that Mr. Gonzalez-Perales
9  was not involved with the smuggling and that Mr. Gonzalez-Perales did not know anything about the
10 drugs hidden in the vehicle and had nothing to do with them. Mr. Perez explained to the
11 interviewing agent that the day before Mr. Gonzalez-Perales had asked him for a ride to his
12 probation officer's office in El Centro, California and that earlier the morning of May 14, 2008 Mr.
13 Perez picked him up to take him to that appointment.
14     Mr. Gonzalez-Perales was interviewed and told the agent that he did not know anything
15 about the vehicle or the drugs in it. He also told the agent that Mr. Perez was giving him a ride to
16 meet with his probation officer in El Centro, California.

## II.

## STATEMENT OF THE CASE

19     On May 15, 2008 a complaint was filed in the U.S. District Court, Southern District of
20 California alleging that Jesus Manuel Perez and Jose Gonzalez-Perales imported 22.60 Kilograms
21 (49.72 pounds) of cocaine, in violation of 21 USC sections 952 and 960. On May 15, 2008 they
21 were arraigned before Magistrate Peter C. Lewis and pleaded not guilty. The court appointed
22 Kenneth J. Troiano to represent Jose Gonzalez-Perales. The court granted the government's motion
23 to detain Mr. Perez and Mr. Gonzalez-Perales and scheduled a detention hearing for them on May
24 19, 2008 at 1:30 pm.
25     On May 19, 2008, the detention hearing for Mr. Gonzalez-Perales was continued until May
26 24, 2008. On May 28, 2008, indictment number 08-cr-1728-IEG was issued charging Mr. Perez Mr.

1  Gonzalez-Perales each, with one count of violating 21 USC sections 952 and 960, importing 22.6
2  Kilograms (49.72 pounds) of cocaine on May 14, 2008 and with one count of violating 21 USC
3  section 841(a)(1), possession with the intent to distribute 22.6 Kilograms (49.72 pounds) of cocaine
4  on May 14, 2008.
5        On May 29, 2008, Mr. Perez and Mr. Gonzalez-Perales were arraigned on the indictment and
6  pleaded not guilty. Kenneth J. Troiano, the attorney appointed to represent Mr. Gonzalez-Perales,
7  was relieved due to a conflict of interest. The court appointed Jack J. Boltax to represent Mr.
8  Gonzalez-Perales. The detention hearing was continued until June 3, 2008 before Magistrate Lewis.
9   A motion hearing was set for July 7, 2008 at 2 pm before Hon. Irma E. Gonzalez.
10       On June 3, 2008, a detention hearing was held and Mr. Gonzalez-Perales stipulated to
11  detention without prejudice.

### III.
### DEFENDANT IS ENTITLED TO RULE 16 DISCOVERY

14       Mr. Gonzalez-Perales hereby requests that the government disclose to him all prior
15  statements within the meaning of F. R. C. P. 16, subdivision (A), his prior record pursuant to Rule
16  16, subdivision (B), any other documents or tangible objects described in Rule 16, subdivision (C),
17  and the summary of any experts the government intends to use at trial as experts pursuant to Rule
18  16, subdivision (E).

### IV.
### DEFENDANT IS ENTITLED TO EXCULPATORY
### EVIDENCE

21       The government is obligated to disclose exculpatory evidence. (Brady v. Maryland, 373 U.S.
22  383 (1963). The defendant realizes that the Brady rule is not a discovery rule. (See, United States v.
23  Beasley, 576 F.2d 626, 630 (5th Cir. 1978).) Nevertheless, Brady requires the government to
24  furnish the defendant with all exculpatory information in its possession or reasonably available to it.
25  (Brady v. Maryland, supra, 373 U. S. at 87.) This request includes all information, including a
26  record of prior conviction or prior bad acts, which could be used to impeach any prosecution witness

1 | who the government expects will testify at trial.

## V.

## THE COURT SHOULD ORDER PRETRIAL JENCKS DISCOVERY

Mr. Gonzalez-Perales is further entitled to witness statements in accordance with Title 18 U. S. C. Section 3500(a), (b) and (e), the Jencks Act.  Notes taken by a federal agent or prosecutor during the statement of any witness are discoverable if the notes were read back to the witness and adopted.  (Campbell v. United States, 373 U. S. 487, 492 (1963).)  United States v. Sebastian, 497 F.2d 1267 (2d Cir. 1974) encourages pretrial Jencks hearings.  United States v. Percevault, 490 F.2d 126, 132 (2d Cir. 1974) suggests that at such hearings, district judges should establish "a timetable for discovery and for reaching agreements on the scope of disclosure."

## VI.

## ARREST REPORTS, NOTES AND DISPATCH TAPES

Mr. Gonzalez-Perales also requests that all arrest reports, notes, and dispatch tapes, videotapes, DVD/DVD-ROMS or any other tapes that relate to the circumstances surrounding his arrest or any questioning be turned over to him.This request includes, but is not limited to any rough notes, records, reports, transcripts or other documents in which statements of the defendant, or any other  witness are contained or that contain any other discoverable material.  Fed. R. Crim.P. 16(a)(1)(A);  Fed. R. Crim. P,(a)(1)(B) and (C); Fed. R. Crim. P. 26.2 and 12 (I); Brady v. Maryland, 373 U.S. 83 (1963).

Preservation of any rough notes is specifically requested, whether the government deems them discoverable at this time.

## VII.

## THE NAMES AND ADDRESSES OF ALL WITNESSES WHETHER
## FAVORABLE OR NOT TO THE DEFENSE AND THEIR STATEMENTS

Mr. Gonzalez-Perales requests the names, addresses, telephone number(s) and/or any contact information on any potential witness to this case, including but not limited to any other People or illegal aliens who were arrested and/or detained along with the defendant.  Jackson v. Wainwright

1  (5th Cir. 1968) 390 F.2d 288; Chavis v. North Carolina (4th Cir.1980) 637 F.2d 213,224; Jones v.
2  Jago (6th Cir. 1982) 575 F.2d 1164, 1168.
3        This request includes but is not limited to the disclosure of any statement relevant to the
4  defense, that may be "relevant to any possible defense or contention" that he might assert. United
5  States v. Bailleaux (9th Cir. 1982) 685 F.2d 1105.  This request also includes any statements by any
6  percipient witnesses. See generally United States v. Thevis (N.D. Ga. 1979) 84 F.R.D. 47.

## VIII.
## EVIDENCE AFFECTING A WITNESS' ABILITY TO PERCEIVE, RECOLLECT, COMMUNICATE OR TELL THE TRUTH

10    Mr. Gonzalez-Perales request all impeachment evidence, including but not limited to any
11  percipient witness' or potential witness' prior criminal record, medical or psychological report(s) or
12  evaluation(s), tending to show their ability to perceive, recollect, or tell the truth is impaired.  This
13  includes any information about any witness' drug use, alcohol use, or addiction to drugs or alcohol
14  or any other controlled substance. United v. Strifler (9th Cir. 1988) 851 F.2d 1197; Chavis v. North
15  Carolina, supra.

## IX.
## EVIDENCE OF PROMISES FOR LENIENCY

18    Mr. Gonzalez-Perales requests that the government provide all statements and/or promises,
19  express or implied, oral or written, made to any government witness in exchange for their testimony
20  in this case.  This request also include any and all information that could be used for the
21  impeachment of any government witness. Giglio v. United States (1972) 405 U.S. 150

## X.
## DEFENDANT'S PRIOR CRIMINAL RECORD

23    Pursuant to Fed. R. Crim. P. 16(a)(1)(B) we request all documentation of Mr. Gonzalez-
24  Perales' prior criminal record and the prior criminal record of Mr. Perez, including the disposition of
25  any of their criminal cases. Fed. R. Evid. 608, 609 abd 613; United States v. Strifler, supra; Thomas
26  v. United States (9th Cir. 1965) 343 F.2d 49.

## XI.

## ALL TANGIBLE OBJECTS AND/OR DOCUMENTS

Pursuant to Fed. R. Crim. P. 16(a)(2)(C), we request the opportunity to inspect and copy all documents and tangible objects that are material to the defense and that the government intends to use in it's case- in- chief.

Additionally, since the charges against Mr. Gonzalez-Perales involve alleged violation of drug statutes, we request an opportunity to inspect and reweigh the cocaine allegedly seized from the vehicle he was a passenger in.  The alleged contraband is in the government's possession.  Thus this court should order it produced for inspection and reweighing by the defense in this case.

This request also includes any and all video or audio tapes of any prior interviews with Mr. Gonzalez-Perales or Mr. Perez by any and all law enforcement agents.

## XII.

## REQUET FOR LEAVE TO FILE ADDITIONAL MOTIONS

Since the defense just recently obtained some discovery for this case on June 20, 2008, it has not had an opportunity to complete its review of this discovery.  Thus after this review is completed we may determine that further motions need to be filed.  Therefore, we respectfully request this court grant us leave to file additional motions.

## XIII.

## MOTION FOR JOINDER

The defense requests that this court permit it to join any motions filed on behalf of co-defendant Jesus Manuel Perez.

//
//
//
//
//
//

## X.

## CONCLUSION

For the foregoing reasons, Mr. Gonzalez-Perales respectfully requests that the court enter an order compelling the disclosure of the evidence described herein.

Date: June 23, 2008        Respectfully submitted,

/s Jack J. Boltax
JACK J. BOLTAX
Attorney for Defendant
JOSE GONZALEZ-PERALES

| | |
|---|---|
| 1 | JACK J. BOLTAX, Attorney-at-law |
|   | State Bar No.: 105490 |
| 2 | 1202 Kettner Blvd., Suite 6200 |
|   | San Diego, CA 92101 |
| 3 | Tele No.:   (619) 233-5129 |
|   | Fax No.:    (619) 234-9973 |
| 4 | Email:       jboltaxlaw@gmail.com |
| 5 | **ATTORNEY FOR JOSE GONZALEZ-PERALES** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzalez)

| | | |
|---|---|---|
| United States of America, | ) | **Case No.  08-CR- 1728-IEG** |
|  | ) |  |
| Plaintiff, | ) | **PROOF OF SERVICE** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOSE GONZALEZ-PERALES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

IT IS HEREBY CERTIFIED THAT:

     I, Jack J. Boltax, am a citizen of the United States, and I am at least eighteen years of age. My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101.  I am not a party to the above-entitled action.

     I hereby certify that I have served the

     1. NOTICE OF MOTION AND MOTION FOR DISCOVERY TO REWEIGH EVIDENCE, TO PRESERVE EVIDENCE FOR JOINDER AND LEAVE TO FILE FURTHER MOTIONS;

     2.  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY TO REWEIGH EVIDENCE, TO PRESERVE EVIDENCE FOR JOINDER AND LEAVE TO FILE FURTHER MOTIONS

to the following CM/ECF participants in this case:  Anne Kristina Perry, anne.perry2@usdoj.gov; Elizabeth Barros, Elizabeth_barros@fd.org.

1 | There are no non-ECF participants on this case to be notified by United States Parcel Service.

2 | I declare under penalty of perjury that the foregoing is true and correct

3 | Date:  June 23, 2008

4 |                                         /s Jack J. Boltax
  |                                        JACK J. BOLTAX
5 |                                        Attorney for JOSE GONZALEZ-PERALES

2