1  JACK J. BOLTAX
   STATE BAR NO.: 105490
2  1202 KETTNER BLVD, SUITE 6200
   SAN DIEGO 92101
3  TELE. NO.: (619)-233-5129
   FAX NO.: (619)-234-9973
4  EMAIL: jboltaxlaw@gmail.com

5  ATTORNEY FOR JOSE GONZALE-PERALES

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA
                 (HON. IRMA E. GONZALEZ)
10

11  UNITED STATES OF AMERICA,          )    Case No.  08-CR- 1728-IEG
                                       )
12            Plaintiff,               )    NOTICE OF MOTION AND
                                       )    MOTION FOR DISCOVERY TO
13  vs.                                )    REWEIGH EVIDENCE, TO
                                       )    PRESERVE EVIDENCE FOR
14  JOSE GONZALE-PERALES,              )    JOINDER AND LEAVE TO FILE
                                       )    FURTHER MOTIONS
15            Defendant.               )
                                       )    Date:  7/7/08
16                                     )    Time:  2:00 p.m.
                                       )    Dept:  HON. IRMA E. GONZALEZ
17  _____    )

18

19  TO:  HONORABLE IRMA E. GONZALEZ, U.S. DISTRICT COURT JUDGE,

20  SOUTHERN DISTRICT OF CALIFORNIA; U.S. ATTORNEY'S OFFICE, U.S.

21  ATTORNEY KAREN HEWITT, ASSISTANT U.S. ATTORNEY ANNE KRISTINA

22  PERRY:

23          PLEASE TAKE NOTICE THAT, the above-named defendant by his attorney, Jack J. Boltax,

24  will move the above-entitled court on July 7, 2008, at 2:00 p.m or as soon thereafter as counsel can be

25  heard, for an order directing you to make available to defendant's attorney material pursuant to Federal

26  //

27  //

28  //

1 | Rule Criminal Procedure16, JENCKS Act, and subject to disclosure in any event

2 | without request pursuant to Brady v. Maryland (1963) 373 US 83.

3 | Date: June 23, 2008                    Respectfully submitted,

4 |

5 |                                        /s Jack J. Boltax
                                           JACK J. BOLTAX
6 |                                        Attorney for Defendant
                                           JOSE GONZALE-PERALES
7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

08CR1728